USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
    :
MICHAEL LARDO, *on behalf of himself and all others*   :
*similarly situated*,     :
    :
                                Plaintiff,   :     20-CV-5047 (JPC)
    :
          -v-   :     NOTICE OF
    :     <u>REASSIGNMENT</u>
BUILDING SERVICE 32BJ PENSION FUND et al.,   :
    :
                            Defendants.   :
    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan).** Pursuant to the Honorable Judge Alison J. Nathan's Order dated September 15, 2020 (Dkt. 57), discovery in this matter is stayed pending the outcome of Defendants' forthcoming motion. The Court will set the briefing schedule in a separate order.

    SO ORDERED.

Dated: October 19, 2020
       New York, New York                   _____
                                                        JOHN P. CRONAN
                                                  United States District Judge