UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                    :

MICHAEL LARDO, *on behalf of himself and all others*  :
*similarly situated*,                                                 :

                                 Plaintiff,                  :          20-CV-5047 (JPC)

        -v-                                   :          <u>ORDER</u>

BUILDING SERVICE 32BJ PENSION FUND et al.,  :

                             Defendants.              :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the Defendants' letter-motion requesting a pre-motion conference in advance of their forthcoming Motion to Dismiss and/or Summary Judgment (Dkt. 60), and the Plaintiff's response to the Defendants' pre-motion letter (Dkt. 61). The Court hereby finds that a pre-motion conference is not necessary, and the Defendants' may proceed in filing the Motion to Dismiss and/or Summary Judgment. The Defendants' Motion Papers are due by November 2, 2020. The Plaintiff's Opposition Papers are due by November 30, 2020. Defendants' Reply Papers are due December 14, 2020.

      In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the

number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: October 19, 2020
       New York, New York

                                    JOHN P. CRONAN
                                United States District Judge