UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL LARDO, on behalf of himself and all others similarly situated,

                      Plaintiff,

-against-

BUILDING SERVICE 32BJ PENSION FUND; TRUSTEES OF THE BUILDING SERVICE 32BJ PENSION FUND, as Plan Administrator; Trustees Hector Figueroa, Larry Engelstein, Kevin Doyle, Kyle Bragg, Howard I. Rothschild, Charles C. Dorego, John C. Santora, Fred Ward; and John Doe Trustees 1-10,

                      Defendants.

Case No. 20-cv-5047

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Lardo, by and through his counsel, along with Defendants Building Service 32BJ Pension Fund, the Trustees of the Building Service 32BJ Pension Fund, and Trustees Hector Figueroa, Larry Engelstein, Kevin Doyle, Kyle Bragg, Howard I. Rothschild, Charles C. Dorego, John C. Santora, and Fred Ward, voluntarily dismisses this action WITH PREJUDICE against all Defendants. Each Party is responsible for their own fees and costs.

Dated: December 13, 2021
New York, NY

By: _____
Russell L. Hirschhorn
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
212.969.3286
rhirschhorn@proskauer.com

*Attorney for Defendants*

Dated: December 3, 2021
White Plains, NY

By: _____
William Frumkin
Elizabeth Hunter
**FRUMKIN & HUNTER LAW P.C.**
199 Main Street, Suite 800
White Plains, NY 10601
WFrumkin@frumkinhunter.com
ehunter@frumkinhunter.com

*Attorneys for Plaintiff*

Page 5 of 5